UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2021

UNITED STATES OF AMERICA

-v-

KEVIN ANTHONY,

Defendant.

14 CR 546-06 (CM)

It is hereby ordered that Kevin Anthony, the defendant, having been sentenced in the above case to the custody of the Attorney General, is to surrender to the Attorney General by reporting to the to the United States Marshal Service, at 500 Pearl Street, New York, NY 10007, 4th Floor, before 11:00 a.m., on May 10, 2021.

_____
UNITED STATES DISTRICT JUDGE

4/29/2021
DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment of fine or both.

_____
(Attorney/Witness)

_____
(Defendant)

cc: U.S. Marshal, SDNY
 Probation Dept, SDNY
 U.S. Attorney, SDNY
 Pretrial Office, SDNY
 Defense Counsel